

July 20, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/23/2015 9:42:16 AM
CHRISTOPHER A. PRINE
Clerk

HONORABLE VANESSA VELASQUEZ
183RD DISTRICT COURT
HARRIS COUNTY

Defendant's Name:  RUSTY TERRY

Cause No:  1451197

Court:  183RD DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 6-19-15
**Sentence Imposed Date:** 6-8-15
**Court of Appeals Assignment:** First Court of Appeals
**Appeal Attorney of Record:** TO BE DETERMINED

Sincerely,

L Arriaga
Criminal Post Trial Deputy

CC:  Devon Anderson
     District Attorney
     Appellate Division
     Harris County, Texas

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas 77210-4651

The State of Texas

vs

Rusty R. Terry

Cause # 1451197

In The 183rd Judicial Court of Harris County Texas

FILED
CHRIS DANIEL
DISTRICT CLERK
HARRIS COUNTY, TEXAS
2015 JUN 19 PM 1:46

## Notice Of Appeal

To The Honorable Judge Of Said Court:

COMES Now, Rusty R Terry, Defendant in the above styled and numbered cause and, pursuant to rule 40(b) of the State of Texas Rules of Appellate Procedure, files this Notice of Appeal within the required thirty (30) days time period following the day of sentence (or suspension in open Court, or the day that an appealable order is signed), to the Texas Court Of Criminal Appeals.

Respectfully Submitted

Rusty Terry

I Rusty R Terry #00908676, being presently incarcerated in the Harris County Jail, Harris County Texas, declare under penalty of perjury that the forgoing is true and correct. Executed on 6-15-15

Rusty Terry

## ORDER

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

ES-0085-01-07



On this the _____ day of _____ 2015, Came to be heard by me, the Defendants NOTICE OF APPEAL, and it appears to this court that this motion should be

GRANTED: _____
DENIED: _____ and
it is so ordered,

HARRIS COUNTY SHERIFF'S OFFICE JAIL

Name: Linda Faye Moore

SPN 02615854  Cell: 5-A-14

Street: 701 N San Jacinto

HOUSTON, TEXAS 77002

NORTH HOUSTON TX 773

16 JUN 2015 PM 3 L

District Clerk
1201 Franklin St.
Houston Tx. 77002

7700219009

 

Cause No. 1451197

THE STATE OF TEXAS

v.

_Rusty Remy_ , Defendant

IN THE 183rd DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. _____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- ☐ is not a plea-bargain case, and the defendant has the right of appeal. [or]
- ☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [or]
- ☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]
- ☒ is a plea-bargain case, and the defendant has NO right of appeal. [or]
- ☐ the defendant has waived the right of appeal.

_____          _____ JUN - 8 2015
Judge                            Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____                    _____
Defendant                                  Defendant's Counsel

Mailing Address: _____ **FILED**        State Bar of Texas ID number: 24032950
                          Chris Daniel
Telephone number: _____ District Clerk      Mailing Address: HCPDO
                                JUN - 8 2015
Fax number (if any): _____                  Telephone number: 713-368-0016
                          Time:_____
                          Harris County, Texas  Fax number (if any): _____
                          By_____

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

CLERK

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

9/1/2011

# APPEAL CARD

**Court** 183    8-7-15    15

**Cause No.** 1451197

### The State of Texas
### Vs

_Rusty Terry_

6-8-15

**Date Notice Of Appeal:** 06-19-2015

**Presentation:**    Vol._____ Pg._____

**Judgment:**    Vol._____ Pg._____

**Judge Presiding** Brian Rains

**Court Reporter** Waived.

**Court Reporter** _____

**Court Reporter** _____

**Attorney on Trial** John Still

**Attorney on Appeal** TBD

Appointed ✓    Hired_____

**Offense** Evading Arrest Detention

**Jury Trial**    Yes____ No ✓

**Punishment Assessed** 2 years TDC

**Companion Cases (If Known)** NN

**Amount of Appeal Bond** Not Addressed

**Appellant Confined:**    Yes____ No____

**Date Submitted To Appeal Section** 07-13-15

**Deputy Clerk** _____